IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AUTOMATED TRADING, LLC d/b/a<br>AUTOMATED TRADE SERVICES, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FULLSTACKDEV LLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No: 1:21-cv-00875-AJT/IDD<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Comes now Michael S. Lieberman and M. Jarrad Wright of the law firm DiMuroGinsberg, PC, and hereby enter their appearance as counsel of record for Defendants FULLSTACKDEV LLC, Stuart Ashby and Stripe, Inc. in the above-captioned case.  Please provide notice of all pleadings and other filings in the case from this point forward.

Dated:  August 31, 2021            Respectfully submitted,

*/s/ Billy B. Ruhling, II*
Billy B. Ruhling, II, (VSB # 45822)
M. Jarrad Wright (VSB # 68814)
Michael S. Lieberman (VSB # 20035)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
Phone: (703) 684-4333
Fax: (703) 548-3181
bruhling@dimuro.com
mjwright@dimuro.com
mlieberman@dimuro.com

*Attorneys for Defendants FullStackDev LLC and Stuart Ashby*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2021, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will automatically serve all counsel of record:

*/s/ Billy B. Ruhling, II*
Billy B. Ruhling, II, (VSB # 45822)